IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

**KAREN MARIE FOSTER,**

        **Plaintiff,**

v.                                    **Civil Action No. 4:24-cv-00051-TTC-CKM**

**DIGITAL SAFETY PRODUCTS, LLC,**

        **Defendant.**

## SUMMONS RETURNED EXECUTED

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Karen Marie Foster has served upon Defendant Digital Safety Products, LLC copies of the following documents:

1)    Summons;

2)    Complaint; and

3)    Civil Cover Sheet.

Attached hereto is a copy of the proof of service.

        Respectfully submitted,

        **KAREN MARIE FOSTER**

        */s/*
        Susan M. Rotkis, VSB 40693
        **CONSUMER JUSTICE LAW FIRM**
        2290 East Speedway Boulevard
        Tucson, Arizona 85719
        Telephone: (602) 807-1504
        Fax: (480) 613-7733
        Email: srotkis@consumerjustice.com

        *Attorneys for Plaintiff Karen Marie Foster*

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| KAREN MARIE FOSTER ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:24-cv-00051 |
| ) | |
| DIGITAL SAFETY PRODUCTS, LLC ) | |
| *Defendant* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Digital Safety Products, LLC
c/o California Corporate Agents, Inc.
2108 N St., Ste. C
Sacramento, CA 95816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Rotkis
Consumer Justice Law Firm PLC
2290 East Speedway Blvd.
Tucson, AZ 85718
srotkis@consumerjustice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LAURA A. AUSTIN, CLERK OF COURT

*s/ H. McDonald*
*Deputy Clerk*

Date: 12/19/2024

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00051

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Digital Safety Products, LLC
was received by me on *(date)* December 27, 2024.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Christie Briggs , who is designated by law to accept service of process on behalf of *(name of organization)* California Corporate Agents Inc.
on *(date)* December 27, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: December 27, 2024

*Server's signature*

Johnny Adams/Process Server
*Printed name and title*

1017 L St., # 654 Sacramento, CA 95814
*Server's address*

Additional information regarding attempted service, etc: