IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE

| | |
|---|---|
| **Karen Marie Foster,** | ) |
| | ) |
| **Plaintiff(s)** | ) |
| | ) |
| v. | ) Civil Action No. 4:24cv00051 |
| | ) |
| **Digital Safety Products, LLC,** | ) |
| | ) |
| **Defendant(s).** | ) |

### CLERK'S ENTRY OF DEFAULT

The above action was filed in this Court on 12/18/2024.  The Defendant(s) Digital Safety Products, LLC was served on the following dates, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendant(s):

Digital Safety Products, LLC                              12/27/2024

The time for the defendant(s) to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant(s):

Digital Safety Products, LLC

See Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the Defendant(s).

This 27 day of January, 2025

**LAURA A. AUSTIN, CLERK**

By:   s/S.Neily
      **Deputy Clerk**